Gregory G. Paul, SBN 233060
Morgan & Paul, PLLC
131 A Stony Circle, Suite 500
Santa Rosa, CA 95401
(888) 967-5674
(888) 822-9421 (facsimile)
gregpaul@morgan-paul.com

Attorney for Plaintiff
KAREN GOLDMAN

SEDGWICK LLP
REBECCA A. HULL (SBN 99802)
rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY and VERIZON WIRELESS
MANAGED DISABILITY BENEFITS PLAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GOLDMAN,<br><br>                 Plaintiff,<br><br>        vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and VERIZON WIRELESS MANAGED DISABILITY BENEFITS PLAN,<br><br>                 Defendants. | Case No. 2:15-cv-01846-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DATE** |

   IT IS HEREBY STIPULATED between and among the parties that the defendants, Metropolitan Life Insurance Company and Verizon Wireless Managed Disability Benefits Plan, shall have to and including November 24, 2015, in which to respond to plaintiff's Complaint on file in this action.  Currently, the responsive pleading date is November 3, 2015.  There have been no prior extensions of time.

1      IT IS SO STIPULATED.

2 DATED: November 3, 2015    MORGAN & PAUL, PLLC

3

4                             By: /s/ Gregory Paul

5                                Gregory G. Paul
                               Attorneys for Plaintiff
6                                KAREN GOLDMAN

7 DATED: November 3, 2015    SEDGWICK LLP

8

9                             By: /s/Rebecca A. Hull

10                               Rebecca A. Hull
                             Attorneys for Defendants
11                              METROPOLITAN LIFE
                             INSURANCE COMPANY and
12                              VERIZON WIRELESS MANAGED
                             DISABILITY BENEFITS PLAN

13

14 **IT IS SO ORDERED.**

15

16 Dated: November 3, 2015

17

18                                                   Troy L. Nunley

19                                                   United States District Judge

20

21

22

23

24

25

26

27

28